# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                 )

                                      )

PAE National Security Solutions     )       ASBCA No. 61900

                                      )

Under Contract No. W91CRB-09-C-0043 *et al.* )

| | |
|---|---|
| APPEARANCES FOR THE APPELLANT: | Nicole J. Owren-Wiest, Esq.<br>Catherine Shames, Esq.<br>  Crowell & Moring LLP<br>  Washington, DC |
| APPEARANCES FOR THE GOVERNMENT: | Arthur M. Taylor, Esq.<br>  DCMA Chief Trial Attorney<br>Michael T. Patterson, Esq.<br>  Trial Attorney<br>  Defense Contract Management Agency<br>  Chantilly, VA |

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 11, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61900, Appeal of PAE National Security Solutions, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals